13-4606
*Vosse v. City of New York*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February , two thousand fifteen.

PRESENT: RICHARD C. WESLEY,
PETER W. HALL,
GERARD E. LYNCH,
*Circuit Judges*.

_____

BRIGITTE VOSSE,

*Plaintiff - Appellant,*

-v.-                                                                     No. 13-4606

THE CITY OF NEW YORK, COMMISSIONER ROBERT D. LIMANDRI, of the New York City Department of Buildings,

*Defendants - Appellees.*

_____

1

FOR APPELLANT:     TIMOTHY L. COLLINS (Gideon Orion Oliver, *on the brief*), Collins, Dobkin & Miller LLP, New York, NY.

FOR APPELLEES:     ELIZABETH S. NATRELLA (Pamela Seider Dolgow, *on the brief*), *for* Zachary W. Carter, Corporation Counsel, New York, NY.

---

Appeal from the United States District Court for the Southern District of New York (Jed S. Rakoff, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED,**

**ADJUDGED AND DECREED** that the petition for rehearing is **GRANTED** and the judgment of the district court is **AFFIRMED** in part and **REMANDED** in part.

Plaintiff-Appellant Brigitte Vosse brought this action against The City of New York and the Commissioner of the New York City Department of Buildings.  Vosse alleged that the City infringed her right to free speech by fining her, pursuant to zoning regulations, for hanging an illuminated peace symbol outside her 17th-story condo window.  The district court dismissed for lack of standing in a memorandum and order dated November 8, 2013.  Vosse now appeals.

For substantially the same reasons stated in the district court's memorandum and order, we **AFFIRM** the district court's decision as to Vosse's

2

lack of standing to raise a claim of content-based discrimination. However,
Vosse also raised an argument, both in the district court and on appeal, that
irrespective of content, the City's zoning regulations constituted an unduly
restrictive time, place, manner restriction on speech, in violation of the Supreme
Court's decision in *City of Ladue v. Gilleo*, 512 U.S. 43 (1994). Because the district
court did not address this argument, we **REMAND** for the district court to
address it in the first instance.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk